

**BoylanBrown**
Growth.Protection.Succession.
BUSINESS AND CORPORATE LAW

September 14, 2009

Office of U.S. Bankruptcy Court Clerk
1220 Federal Building
100 State Street
Rochester, New York 14614

    RE:  Jammie Leigh Yatteau, Debtor
          Case No. 09-20239

Ladies and Gentlemen:

    Enclosed herewith is check in the sum of $3.08 as an under $5 dividend on Claim #7 filed by Frontier Communications in the sum of $157.56.

                            Very truly yours,

                            BOYLAN, BROWN,
                            CODE, VIGDOR & WILSON, LLP

WHH/dh                                     Warren H. Heilbronner, Trustee
Enclosure



Boylan, Brown, Code, Vigdor & Wilson, LLP
OFFICE.585.232.5300  FAX.585.232.3528  WEB.www.boylanbrown.com